|                               |     |                          |
|-------------------------------|-----|--------------------------|
| UNITED STATES OF AMERICA,     | )   |                          |
|                               | )   |                          |
|     Plaintiff, | )   |                          |
| v.                            | )   | No. 3:25-CR-37-KAC-DCP   |
|                               | )   |                          |
| JACK DAVID LEDFORD,           | )   |                          |
|                               | )   |                          |
|     Defendant. | )   |                          |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Jack Ledford's Unopposed Motion to Continue Trial Date [Doc. 18], filed on March 19, 2025.

Defendant asks the Court to continue the May 19, 2025 trial date for approximately sixty days [*Id.* at 1]. In support of his motion, Defendant states that additional time is needed for the parties to conclude plea negotiations [*Id*. ¶¶ 1–2]. The motion states that defense counsel needs time to review the plea agreement with Defendant who is detained in Laurel County, Kentucky [*Id*. ¶ 2]. Counsel states that he has explained the right to a speedy trial to Defendant, who is detained and who understands that all time between the filing of the motion until the new trial date will be excludable for speedy trial purposes [*Id*. ¶ 3]. Defendant's motion states that the Government does not oppose the continuance [*Id.* ¶ 4].

Based on the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C.

§ 3161(h)(7)(B). In consideration of these factors, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, even accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The parties are engaged in plea negotiations, and if negotiations are not fruitful, defense counsel needs time to prepare the case for trial. The Court finds this cannot occur before the April 14, 2026 trial date.

The Court therefore **GRANTS** Defendant Ledford's Unopposed Motion to Continue Trial Date [**Doc. 18**]. The trial of this case is reset to **June 23, 2026**, and a new schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all the time between the filing of the motion on March 19, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Jack Ledford's Unopposed Motion to Continue Trial Date [**Doc. 18**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **June 23, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **March 12, 2026**, and the new trial date of **June 23, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **May 22, 2026**;

(5) the deadline for filing motions *in limine* is **June 8, 2026**. Responses to motions *in limine* are due on or before **June 16, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **June 9, 2026, at 11:30 a.m.**; and

2

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **June 12, 2026.**

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

3